pcs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
AUG 2 2 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Mr. Torrin Perry_

**Plaintiff(s),**

vs.

_Mercy Housing_
_Lynda Cobb_
_Porsche Wilkens_
_Cecillya Odell_

**Defendant(s).**

1:12-cv-06755
Judge Milton I. Shadur
Magistrate Judge Geraldine Soat Brown

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

AT 1521 S. WABASH ST ON THE DATE OF 08-23-12 AT ABOUT 6AM CHICAGO POLICE WERE CALLED BY UNKNOWN SUBJECT RESPONDING TO A ASS. AST/W) FIREARM ADLEDGING THAT A MS. SUSAN BANKS REPORTED THE NEXT DAY AFTER IT WAS SUPPOSED TO HAVE HAPPEND UPON DOING SO THE POLICE KNOCKED ON MY UNIT DOOR #205 UNDER FALSE PRETENSES STATING THAT THEY WERE MANAGEMENT WITH A FEW QUESTIONS TO ASK AT WHICH POINT

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

LOSS OF LIBERTY, HOMELESS, DISFUNCTIONAL ASCENT INTO SOCIETY DUE TO CLOTHING LOSS DOCUMENTS EDUCATIONAL + VITAL, LOSS OF MONEY FOR LIVING EXPENSES

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

COMPLAINT SHEET PT #2

I OPENED MY DOOR THEY ENTERED WITHOUT MY PERMISSION BEGIN TO SEARCH MY UNIT FOR FIREARMS, AFTER PLACING ME IN HANDCUFFS ARRESTING ME WITHOUT A WARRANT OR RECITING MIRANDA WARNING UPON A FABRICATED HEARSAY ACCUSATION UPON WHICH NO DETECTIVES WERE CALLED TO CONDUCT A PROPER INVESTIGATION OR TO EXAMINE MY ALIBI, MY WITNESSES AND SUPPORTING DOCUMENTATION OR ARTICLES SUCH AS SIGNATURES OF WITNESSES WHO WOULD HAVE SUBSTANTIATED MY CLAIM UPON RELEASE FROM COOK COUNTY JAIL 07-23-12 I WENT TO MY PREMISE AT 1521 S. WABASH ST. APT 205 I WAS DENIED ENTRY BY THE DOOR CLERK CECILIA ODELL AND PORSCHE WILKENS ALSO LYNDA COBB BOTH MANAGER AND WAS ILLEGALLY LOCKED OUT EVEN THOUGH I HAD POLICE PRESENT THEY FILED A EVICTION FOR POSSESSION OF PROPERTY CLAIMING I WAS A THREAT TO OTHERS →

Defamation of my character with slander and libel concerning a fabrication of incident of harm towards another and civilly conspiring to remove me from the premise under false pretense with the ulterior motive of retaliation for inserting my rights under my lease I'm a certified security officer whom would/respond with proper arrest tactics if such an incident would occur not with such described criminal behavior

DEFENDANT:

CECELLYA ODEM

TITLE:
DESK
CLERK

PLACE
OF EMPLOYMENT
1521 S. WABASH ST.

Case: 1:12-cv-06755 Document #: 1 Filed: 08/22/12 Page 5 of 16 PageID #:5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Mr. Tarin O. Perry

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mercy Housing
Lynda Cobb
Porsche Wilkens
Cecillya Odell

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

CHECK ONE ONLY:  **AMENDED COMPLAINT**

__✓__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Illegal Lockout Falsified Witnesses Alleged Victim of a Incident which Never Occured causing Chicago Police to Falsly Arrest me then Forced an Eviction for a Incident which Never occured out of Retailition and for me Excercising my Rights as a Tenant Utilizing Ulterior Motives to Eradicate me of my Constitional Rights and Tenant Rights Harboring Animosty Behavior and Constructed Civil Conspiracy

WITH SLANDER, DEFAMATION OF CHARACTER, LIBEL ALSO DEPRIVING ME OF MY CLOTHING, VITAL DOCUMENTS PERSONAL PROPERTY AND CAREER DESTRUCTION BY MARTICULOSY; MANICIALLY

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Sue on my behalf provide counsel for illegal eviction and wrongful lockout plus character defamation slander and libel I'm indigent

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  07  day of  07 , 20 12

_M. Tomin O. Perry_
(Signature of plaintiff or plaintiffs)

_MR. TORRIN O. PERRY_
(Print name)

_____
(I.D. Number)

_____

_638 W. Deming Pl._
(Address)  _Chg, IL. 60614_

I. **Plaintiff(s):**
   A. Name: Mr. Torrin D. Perry
   B. List all aliases: None
   C. Prisoner identification number: None
   D. Place of present confinement: None
   E. Address: 636 W. Deming Pl.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Mercy Housing
      Title: SRO Public Housing
      Place of Employment: 1521 S. Wabash St.
   B. Defendant: Lynda Cobb
      Title: Head Manager
      Place of Employment: 1521 S. Wabash St.
   C. Defendant: Porsce Wilkens
      Title: Property Manager
      Place of Employment: 1521 S. Wabash St.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Torrin O. Peery vs Chicago Police 12 C 5646

B. Approximate date of filing lawsuit: 07-01-12

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: Chicago Police Dept

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal U.S. Dist Court Dirksen Bldg

F. Name of judge to whom case was assigned: Sam Der-Yeghiayan Magistrate Judge Sheila M. Finnegan

G. Basic claim made: Wrongful Arrest Unlawful Detainment and Unlawful Search and Seizure

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Appealed

I. Approximate date of disposition: 08-23-12

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

_____

_____

_____

_____

_____

_____.

11. Defendant acted knowingly, intentionally, willfully and maliciously. *YES!*

12. As a result of defendant's conduct, plaintiff was injured as follows:
*Loss of Liberty*
*Loss of Livelyhood Freedom etc.*
*Loss of Vital Documents*
*Loss of Personal Property*.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

   WHEREFORE, plaintiff asks for the following relief:

   A.   Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

   B.   ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

   C.   Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

   Plaintiff's signature: *Mr. Tomin O. Perry*

   Plaintiff's name *(print clearly or type)*: *Mr. Todd N Greacy Perry*

   Plaintiff's mailing address: *638 W. Deming Pl.*
   City *Chicago* State *IL* ZIP *60604*

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

   **WHEREFORE,** plaintiff asks for the following relief:

   A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

   B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

   C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

   Plaintiff's signature: _Mr. Tommie O. Perry_

   Plaintiff's name *(print clearly or type)*: _Mr. Tommie Clancy Perry_

   Plaintiff's mailing address: _638 W. Deming Pl._

   City _Chicago_   State _IL,_   ZIP _60614_

   Plaintiff's telephone number: (_773_) _828-3095_

   Plaintiff's email address *(if you prefer to be contacted by email)*: _NONE_

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

   *If yes, please list the cases below.* _12-C-5646_

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

_Agg Aslt w/ Firearm_

_____

_____

_____

9. (**Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"**) The criminal proceedings

☒ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____

☒ Other: _Appeal_____

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

4. Defendant, __MERCY HOUSING__, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)

_____ or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __MERCY HOUSING__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __06-23-12__, at approximately __8:00__ ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of __1521 S. WABASH ST.__ __CHICAGO__, in the County of __COOK__, State of Illinois, at __MERCY SRO HOUSING APT #205__,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: __ILLEGAL LOCKOUT__
__ILLEGAL EVICTION__

2

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

_Mr. Torrin O. Perry_
Plaintiff

_Mercy Housing_
Defendant

Civil Action No.

## WAIVER OF THE SERVICE OF SUMMONS

To: _Mr. Torrin O. Perry_
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _60_, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _09-01-12_

_Mr. Torrin O. Perry_
Printed name of party waiving service of summons

_Mr. Torrin O. Perry_
Signature of the attorney or unrepresented party

_Mr. Torrin O. Perry_
Printed name

_638 W. Drumming Pl._
Address

E-mail address

_773-828-3095_
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.